WHATLEY KALLAS LLP
Joe R. Whatley, Jr. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (Admitted *Pro Hac Vice*)
ekallas@whatleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

Henry Quillen (Admitted *Pro Hac Vice*)
hquillen@whatleykallas.com
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel) (SBN 125998)
amansfield@whatleykallas.com
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (310) 684-2504
Fax: (855) 274-1888

Attorneys for Plaintiff
[*Additional Counsel Appear on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| GAIL DAVIS, for herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMRX, INC.;<br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:16-cv-2165-DOC (JCG)<br><br>**CLASS ACTION**<br><br>JOINT STIPULATION EXTENDING RESPONSIVE FILING DEADLINES AND TIME TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF ALAN M. MANSFIELD<br><br>Current Deadline: March 13, 2017<br>Trial Date: Not Set<br>Judge: Hon. David O. Carter<br><br>Complaint Filed: December 7, 2016 |

The parties hereto jointly stipulate as set forth below for the following reasons:

WHEREAS, the initial Complaint was filed in this action on December 7, 2016, and was served on Defendant OptumRx, Inc. on December 13, 2016, and on Defendant Cigna Health and Life Insurance Company on December 19, 2016;

WHEREAS, Defendants have moved to transfer this action to the District of Connecticut under the first-to-file rule or, alternatively, 28 U.S.C. § 1404(a) (Dkt. No. 43), while Plaintiff has moved to consolidate this action with another action pending before this Court that she contends is related to this action (Dkt. No. 44);

WHERAS, Defendants' motion to transfer and Plaintiff's motion to consolidate are both pending and have been taken under consideration by the Court;

WHEREAS, Defendants' responses to the initial Complaint are, by previous stipulation filed with the Court pursuant to L.R. 8-3 (Dkt. No. 31), currently due on either (i) March 6, 2017, or if the Court denies the pending motion to transfer venue more than two weeks before March 6, 2017, (ii) two weeks after the ruling on the motion to transfer (Dkt. No. 36);

WHEREAS, if this action is not transferred, Defendants intend to file with this Court motions to dismiss;

WHEREAS, under Local Rule 23-3, the deadline for Plaintiff to file a motion for class certification if venue is not transferred is March 13, 2017 (for Optum) and March 17, 2017 (for Cigna), which is likely prior to the Rule 16 conference, which has yet to be set by the Court;

WHEREAS, the parties agree that to promote efficiency and judicial economy, Defendants' responsive pleading deadline and Plaintiff's deadline for filing a motion for class certification should be extended as follows: (a) Defendants' responses to the Complaint shall be due the later of March 10, 2017 or 21 days after the Court rules on the pending motions, unless Plaintiff files an Amended Complaint, in which case such a response will be due the later of March 10, 2017 or 21 days after the Amended Complaint is filed; and (b) Plaintiff's

motion for class certification shall be set by the Court in a Scheduling Order issued after the Rule 16 Scheduling Conference, so that the parties are not required to address class certification issues until after the Court has ruled on the pending motions to transfer venue (Dkt. Nos. 43 and 45) and the pending motion for consolidation of actions for pretrial purposes (Dkt. No. 44), and the parties have held their initial meeting of counsel and a Rule 16 conference statement has been submitted to the Court for a Rule 16 conference, where a comprehensive pre-trial case management scheduling order will be set by the Court (if applicable);

WHEREAS, there has been one prior stipulated extension of Defendants' responsive pleading date and no prior requests for extension regarding the motion for class certification made by any Party; and

WHEREAS, the Parties believe that the proposed extension of responsive pleading deadline and the Local Rule 23-3 deadline will promote efficiency and will benefit all parties and the Court.

NOW, THEREFORE, Plaintiff and Defendants jointly request the Court to extend the deadlines as outlined above. By entering into this Joint Stipulation, Plaintiff does not waive any argument or rights as to the propriety of consolidating this action with any other action for pre-trial purposes, and Defendants do not waive any rights or arguments as to the appropriate venue for this action or any other arguments under Rule 12 of the Federal Rules of Civil Procedure.

Good cause supports this Joint Stipulation, which requires Court approval, based on the above facts and the accompanying Declaration of Alan M. Mansfield.

I, Alan M. Mansfield, am the ECF user whose ID and password are being used to file this Joint Stipulation Extending Time for Plaintiff to File for Class Certification. In compliance with L.R. 5-4.3.4(2)(i), I hereby attest that I have on

file the concurrence for any signature indicated by a "/s/" within this e-filed document.

DATED: February 9, 2017

WHATLEY KALLAS, LLP

By: /s/ Alan M. Mansfield
Alan M. Mansfield (Of Counsel)
SBN: 125998
amansfield@whatleykallas.com
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (310) 684-2504
Fax: (855) 274-1888

WHATLEY KALLAS, LLP
Joe R. Whatley, Jr. (Admitted *Pro Hac Vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (Admitted *Pro Hac Vice*)
ekallas@whatleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

WHATLEY KALLAS, LLP
Henry Quillen (Admitted *Pro Hac Vice*)
hquillen@whatleykallas.com
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591 / Fax: (800) 922-4851

STEEL, WRIGHT, GRAY
& HUTCHINSON, PLLC
Alex T. Gray (Admitted *Pro Hac Vice*)
alex@swghfirm.com
Nate Steel (Admitted *Pro Hac Vice*)
nate@swghfirm.com
Scott Poynter (Of Counsel) (Admitted *Pro Hac Vice*)
scott@poynterlawgroup.com
400 W. Capitol Avenue, Suite 2910
Little Rock, AR 72201
Tel: (501) 251-1587
Fax: (501) 244-2614

MAURIELLO LAW FIRM
Thomas D. Mauriello (SBN 144811)
tomm@maurlaw.com
1181 Puerta Del Sol, #120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

Attorneys for Plaintiff and the Class

DATED: February 9, 2017

DORSEY & WHITNEY

By: /s/ Bryan M. McGarry
Bryan M. McGarry
Mcgarry.bryan@dorsey.com
Plaza Tower
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400
Fax: (714) 800-1499

Michelle S. Grant (admitted *Pro Hac Vice*)
Grant.michelle@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-5671
Fax: (612) 340-8738

Attorneys for Defendant OPTUMRX, INC.

DATED: February 9, 2017

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Lisa Veasman
Lisa Veasman
Lisa.veasman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500
Fax: (213) 612-2501

Joseph J. Costello (admitted *Pro Hac Vice* )
Joseph.costello@morganlewis.com
Brian W. Shaffer (admitted *Pro Hac Vice*)
Brian.shaffer@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Attorneys for Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY

# DECLARATION OF ALAN M. MANSFIELD

I, ALAN M. MANSFIELD, declare:

1. I am an attorney at law admitted to practice before this Court and am Of Counsel with the firm Whatley Kallas, LLP, one of the attorneys of record for Plaintiff in this action. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I can testify competently thereto.

2. For the reasons set forth below, I believe good cause exists for the Court to grant this Joint Stipulation.

3. The initial Complaint in this action was filed on December 7, 2016. I caused the Complaint to be served on Defendant OptumRx, Inc. on December 13, 2016, and on Defendant Cigna Health and Life Insurance Company on December 19, 2016.

4. Defendants' responses to the initial Complaint are, by previous stipulation filed with the Court pursuant to L.R. 8-3 (Dkt. No. 31), currently due on either (i) March 6, 2017, or if the Court denies the pending motion to transfer venue more than two weeks before March 6, 2017, (ii) two weeks after the ruling on the motion to transfer (Dkt. No. 36).

5. Under Local Rule 23-3, the deadline for Plaintiff to file a motion for class certification is March 13, 2017 (for Optum) and March 17, 2017 (for Cigna), which is likely prior to the Rule 16 conference, which has yet to be set by the Court.

6. I have communicated with counsel for Defendants, and to promote efficiency and judicial economy, we agreed that the deadline for filing a motion for class certification should be extended so that the parties do not need to address class certification issues until after the Court has ruled on the pending motions to transfer venue (Dkt. Nos. 43 and 45) and the motion for consolidation of actions for pretrial

purposes (Dkt. No. 44) (which are currently under submission), the parties have held their initial meeting of counsel and a Rule 16 conference statement has been submitted to the Court.

7. I have also communicated with counsel for Defendants on several dates in late January and early February, and to promote efficiency and judicial economy, we agreed that the Defendants' deadlines to respond to the Complaint should be extended and now be due the later of March 10, 2017 or 21 days after the Court rules on the pending motions, unless Plaintiff files an Amended Complaint, in which case such a response will be due the later of March 10, 2017 or 21 days after the Amended Complaint is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of February, 2017 at San Diego, California.

ALAN M. MANSFIELD